AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Sean Simon John Joyce

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05-1687-CBS

I, **Sean Joyce**, charged in a ☑ complaint ☐ petition pending in this District with _____

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination  ☐ hearing , do hereby waive (give up) my right to a preliminary ☐ examination  ☐ hearing.

_[signed]_
Defendant

_[signed]_
Counsel for Defendant

7/15/05
Date